ROSE FERRENTINO et al., Respondents, v. CITY OF NEW YORK, Appellant, et al., Defendants.— In

536

In our opinion, the amount of the verdict in favor of plaintiff Rose Ferrentino was excessive to the extent indicated herein. Munder, Acting P. J., Martuscello, Shapiro, Brennan and Benjamin, JJ., concur.